James L. Wraith, State Bar No. 112234
David A. Evans, State Bar No. 181854
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   jwraith@selvinwraith.com
          devans@selvinwraith.com

Attorneys for Plaintiff
Western World Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC BAY FINANCIAL CORPORATION, a California corporation, MANNY KAGAN, an individual, and DWIGHT SOLER DAGUMAN, an individual,<br><br>　　　　　Defendants. | CASE NO.: 3:13-CV-05784-CRB<br><br>**ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT FILING AND HEARING DATES**<br><br>Complaint Filed:　December 13, 2013<br>Trial Date:　　　　N/A |

　　　1.　　No trial date has been set in this matter.

　　　2.　　The filing date for motions for summary judgment in this matter is currently set for August 1, 2014, and the hearing date for motions for summary judgment is currently set for September 19, 2014.

　　　3.　　The parties have requested, pursuant to a stipulation, that the filing date for motions for summary judgment be continued to September 19, 2014, and that the hearing date for motions for summary judgment be continued until November 7, 2014.

///

///

///

1

**[PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT FILING AND HEARING DATES**　　　　　　　　　　　　　　　　　　　CASE NO.: 3:13-CV-05784-CRB

1  GOOD CAUSE APPEARING, the filing date for motions for summary judgment is hereby
2  continued until September 19, 2014, and the hearing date for motions for summary judgment is
3  continued until November 7, 2014.
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated: July 24, 2014



Hon. Charles R. Breyer
United States District Judge

8  151003.doc

[PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT FILING
AND HEARING DATES                                    CASE NO.: 3:13-CV-05784-CRB